No. 03–8944. ROYSTER *v.* HARKLEROAD, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 03–8949. CYR *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8951. CALDERON *v.* CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8971. BRADFORD *v.* RUNNELS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–9000. KUNCO *v.* PAPPERT, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–9020. HAMILTON *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 03–9030. HAYES *v.* GEMMA POWER SYSTEM, LLC, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–9031. HOLMES *v.* OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–9032. HOLMES *v.* CRAWFORD, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–9051. SZWEDO *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–9053. MINCER *v.* WHITMORE, ACTING ADMINISTRATOR, SMALL BUSINESS ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 03–9078. THIEFAULT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9149. REDMOND *v.* CLARKE, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 8th Cir. Certiorari denied.